**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1559

SAMUEL T. WHATLEY, II; REV. SAMUEL WHATLEY; PACITA D. WHATLEY,

Plaintiffs - Appellants,

v.

CITY OF NORTH CHARLESTON; NORTH CHARLESTON POLICE DEPARTMENT; NORTH CHARLESTON CODE ENFORCEMENT; MAYOR KEITH SUMMEY, Mayor at CND,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-04419-RMG)

Submitted:  September 19, 2024                    Decided:  September 23, 2024

Before NIEMEYER, RICHARDSON, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel T. Whatley, II; Samuel T. Whatley; and Pacita D. Whatley, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Samuel T. Whatley II, Reverend Samuel T. Whatley, and Pacita D. Whatley appeal the district court's order accepting the recommendation of the magistrate judge and dismissing for failure to state a claim their amended complaint. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because the Whatleys's informal brief does not challenge the basis for the district court's disposition, they have forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*